UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PLUSH APPEAL LLC<br><br>    Defendant. | Case No.: 1:22-cv-10715 |

## NOTICE OF SETTLEMENT

  The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with prejudice, and without costs. Accordingly, it is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

Dated: March 17, 2023

            /s/ Mars Khaimov

            Mars Khaimov, Esq.
            MARS KHAIMOV LAW, PLLC
            108-26 64th Avenue, Second Floor
            Forest Hills, New York 11375
            Tel: (929) 324-0717
            Fax: (929) 333-7774
            Email: mars@khaimovlaw.com

            *Attorneys for Plaintiff*