UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, on behalf of himself
and all others similarly situated,

                Plaintiffs,

-against-

PLUSH APPEAL, LLC

                Defendant.

Case No. 1:22-cv-10715

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Forest Hills, New York
          April 18, 2023

                                       Respectfully Submitted,

                                       **/s/ Mars Khaimov**
                     By:   Mars Khaimov, Esq.
                          108-26 64th avenue, Second Floor
                          Forest Hills, New York 11375
                          Tel (929) 324-0717
                          Fax (929) 333-7774
                          Email: mars@khaimovlaw.com
                          *Attorney for Plaintiff*